JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL QUINTERO, | ) NO. CV 16-8195-AB (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MUNIZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 4/29/2019

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE